UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE NEVAREZ, et al.,

    Plaintiffs,

  v.

STATE FARM GENERAL INSURANCE COMPANY,

    Defendant.

Case No. 16-cv-01842-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, December 12, 2016 at 2:00 p.m. |
| REFERRED TO ADR FOR ENE TO BE COMPLETED BY: | October 24, 2016 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court approval |
| NON-EXPERT DISCOVERY CUTOFF: | February 15, 2017 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: March 20, 2017<br>Rebuttal: April 3, 2017 |
| EXPERT DISCOVERY CUTOFF: | April 17, 2017 |
| DISPOSITIVE MOTIONS[1] / *DAUBERT* MOTIONS TO BE HEARD BY: | March 28, 2017  [filed by 2/21/17] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, May 12, 2017 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | May 19, 2017 |
| PRETRIAL CONFERENCE: | Friday, June 2, 2017 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, June 19, 2017 at 8:30 a.m. for 5 days<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet
2  and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance
3  hearing on Friday, May 12, 2017 at 9:01 a.m. is intended to confirm that counsel have reviewed
4  the Court's Pretrial Setting Instructions and are in compliance therewith.  The compliance hearing
5  shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.
6  No later than May 5, 2017, the parties shall file a one-page JOINT STATEMENT confirming they
7  have complied with this requirement or explaining their failure to comply.  If compliance is
8  complete, the parties need not appear and the compliance hearing will be taken off calendar.
9  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely
10 fashion.  Failure to do so may result in sanctions.

11 The parties must comply with both the Court's Standing Order in Civil Cases and Standing
12 Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All
13 Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

14 **IT IS SO ORDERED.**

15 Dated: July 29, 2016

_____
YVONNE GONZALEZ ROGERS
United States District  Court Judge