William J. Brown III  SB#86002
P.O. Box 231216
Encinitas, California 92023-1216
(760) 672-0084/ (760) 944-1488 Fax

Attorneys for Plaintiffs
JOSE NEVAREZ, ESPERANZA NEVAREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| JOSE NEVAREZ, ESPERANZA NEVAREZ,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No.: 4:16-cv-01842-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL** |

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between Plaintiffs, JOSE NEVAREZ and ESPERANZA NEVAREZ and Defendant STATE FARM GENERAL INSURANCE COMPANY, by and through their attorneys of record, that the entire case be dismissed with prejudice.

Each side to bear its own attorney's fees and costs.

1

**IT IS SO STIPULATED**

DATED: October 17, 2016        LAW OFFICES OF WILLIAM J. BROWN III

_____
William J. Brown, III
Attorneys for Plaintiffs
JOSE NEVAREZ, ESPERANZA NEVAREZ

DATED: October 17, 2016        LHB Pacific Law Partners, LLP

_____
Jenny J. Chu
Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

## [PROPOSED] ORDER

The stipulation of the parties to dismiss this action in its entirety, having been read and considered,

**IT IS HEREBY ORDERED** that the matter be dismissed with prejudice. Each side to bear their own attorney's fees and costs.

Dated: _____, 2016        By: _____
THE HONORABLE YVONNE GONZALEZ ROGERS
United States District Court Judge